UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PCL Construction Services, Inc., a Colorado corporation,

Plaintiff,

v.

Rainforest Cafe, Inc., a Minnesota corporation,

Defendant.

Civil File No. 01-1704DWF/AJB

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT**

Plaintiff and defendant in the above-referenced case, through their undersigned attorneys, hereby stipulate that defendant may have an extension of time to answer, move, or otherwise respond to the complaint in the above-referenced matter until October 23, 2001, to provide additional time to defendant's counsel to determine relevant facts to enable it to properly represent defendant.

Dated: October 8, 2001

LEONARD, STREET AND DEINARD
PROFESSIONAL ASSOCIATION

By Robert L. DeMay

Lowell J. Noteboom (#79972)
Robert L. DeMay (#22081)
Suite 2300, 150 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 335-1500

Attorneys for Plaintiff
PCL CONSTRUCTION SERVICES, INC.

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 5, 2001

DORSEY & WHITNEY LLP

By ______________________

Steven K. Champlin, #0016044
Dean C. Eyler, #0267491
Suite 1500, 50 South 6th Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Rainforest Cafe, Inc.

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED:**

Defendant shall answer, move, or otherwise respond on or before ~~October~~ 23, 2001.

Dated: October 9th, 2001

______________________
Arthur J. Boylan
Magistrate Judge
United States District Court for the
District of Minnesota