UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

PCL Construction Services, Inc., a Colorado corporation,

Plaintiff,

vs.

Rainforest Cafe, Inc., a Minnesota corporation,

Defendant.

Court File No. 01-1704 DWF/AJB

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff PCL Construction Services, Inc., and Defendant Rainforest Cafe, Inc., hereby stipulate by and through their undersigned counsel of record that the above-captioned action having been fully settled and compromised, said action, including all claims and counterclaims asserted therein, should be and hereby is dismissed with prejudice, with each party bearing its own costs, disbursements and attorneys' fees.

Dated: July 2, 2002.

LEONARD, STREET AND DEINARD

Robert L. DeMay

Robert L. DeMay (#22081)
150 South Fifth Street
Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500

*Attorney for PCL Construction Services, Inc.*

FILED JUL 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 2, 2002.

DORSEY & WHITNEY LLP

Steven K. Champlin (#0016044)
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

*Attorney for Defendant Rainforest Cafe, Inc.*

**ORDER**

Based on the foregoing Stipulation of the parties, IT IS HEREBY ORDERED, that the above-captioned action is dismissed with prejudice and without costs, disbursements or attorneys' fees to either party.

Dated: July 10, 2002

BY THE COURT:

Donovan W. Frank
Judge of United States District Court

2232764v1